**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SCOTT LYNN PINHOLSTER,
            *Petitioner-Appellee,*

v.

ROBERT L. AYERS, Jr., Warden,
            *Respondent-Appellant.*

No. 03-99003

D.C. No.
CV-95-06240-GLT

SCOTT LYNN PINHOLSTER,
            *Petitioner-Appellant,*

v.

ROBERT L. AYERS, Jr., Warden,
            *Respondent-Appellee.*

No. 03-99008

D.C. No.
CV-95-06240-GLT

ORDER

Filed March 20, 2009

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.